UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

_____
ERNESTINA GOMEZ            )
                           )   Case Number: 09-cv-2162
         Plaintiff         )
                           )
    vs.                    )   CIVIL ACTION
                           )
MANN BRACKEN, LLP          )
                           )
                           )
         Defendant         )
_____)

## NOTICE OF DISMISSAL

PLEASE TAKE NOTICE that plaintiff, ERNESTINA GOMEZ, pursuant to Rule 41(a)(1)(i) of the Rules of the United States District Court, hereby dismisses the action captioned above, without prejudice.

BY: */s/ Brent F. Vullings*
Brent F. Vullings, Esquire
Attorney for Plaintiff
Attorney I.D. #92344
Warren & Vullings, LLP
1603 Rhawn Street
Philadelphia, PA  19111
215-745-9800